

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY SMITH | * | CIVIL ACTION |
| PLAINTIFF, | * | NO. 13-335 |
| vs. | * | JUDGE: SECT. N MAG. 4 |
| | * | MAGISTRATE: |
| CABILDO STAFFING, LLC and ASSOCIATED TERMINALS, LLC | * | |
| DEFENDANTS | * | |

NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

United States Courthouse
New Orleans, Louisiana

**NOW INTO COURT**, comes Defendant, Associated Terminals, LLC ("Associated Terminals") through undersigned counsel, who, pursuant to 28 U.S.C. §§ 1331, 1441, 1367(a) and the Americans With Disabilities Act, files a Notice of Removal of this case from the Civil District Court for the Parish of Orleans, to the United States District Court for the Eastern District of Louisiana. Defendant files this Notice of Removal without waiving any rights, defenses, exceptions or obligations that may exist in their favor in state or federal court. In support of this removal, Defendant alleges as follows:

___Fee ________
___Process ________
X Dktd ________
___CtRmDep ________
___Doc. No. ________

1.

On June 25, 2012, Anthony Smith ("Plaintiff") filed a Petition for Damages ("Petition") in the Civil District Court for the Parish of Orleans, Civil Action No. 12-6287, Division "C" against Defendants, Cabildo Staffing, LLC and Associated Terminals, LLC. A copy of the Plaintiff's Petition is attached hereto as Exhibit "A." A certified copy of the state court pleadings is attached as Exhibit "B".

2.

Co-Defendant, Cabildo Staffing, L.L.C. ("Cabildo Staffing"), has consented to the filing of this Notice of Removal.

3.

In the Petition, Plaintiff alleges that he was refused employment due to a disability in violation of federal law. (*See* Exhibit A, ¶¶ 6, 8, 11.) Plaintiff also alleges that Cabildo Staffing negligently violated his privacy rights, when it disclosed to Associated Terminals information provided to Cabildo Staffing by Plaintiff regarding medical treatment for his alleged long term disability. (Id. at ¶¶ 7, 9). Additionally, Plaintiff alleges that he suffered emotional distress, mental anguish, and humiliation. (Id. at ¶¶ 9, 10). Plaintiff seeks damages for his alleged distress and past, present, and future loss wages due to his inability to gain employment. (Id. at ¶¶ 9, 10).

4.

The record does not indicate whether Cabildo Staffing was served with the Petition. However, Associated Terminals was served with the Petition on January 23, 2013. Accordingly, this removal is timely under 28 U.S.C. § 1446(b), which permits a notice of removal to "be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is

based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendants, whichever period is shorter."

5.

The Civil District Court of Orleans Parish, State of Louisiana, is located within the district of the United States District Court for the Eastern District of Louisiana.

**REMOVAL PURSUANT TO 28 U.S.C. § 1331**

6.

This Court has original jurisdiction over this civil action by virtue of 28 U.S.C. § 1331, in that it is a civil action in which Plaintiff's allegations arise under Americans With Disabilities Act. (*See* Exhibit A, ¶¶ 8, 9, 10, 11.) Plaintiff's suit states a federal claim, and is therefore subject to removal pursuant to 28 U.S.C. § 1441(b). See Exhibit A.

7.

Specifically, Plaintiff alleges that he was denied employment based on his disability. (Id. at ¶¶ 8, 9.)

8.

This Court has supplemental jurisdiction over Plaintiff's state law negligence claim under 28 U.S.C. §1367(a), because Plaintiff allegedly was denied employment due to Cabildo Staffing's negligent disclosure to Associated Terminals, of Plaintiff's alleged disability. As such, Plaintiff's negligence claim is so related to the ADA claim in this action, within the Court's original jurisdiction, such that it forms part of the same case or controversy under Article III of the United States Constitution.

9.

This Court has supplemental jurisdiction over the state law emotional distress claim pursuant to 28 U.S.C. §1367(a). Plaintiff's state law emotional distress claim is so related to the ADA claim in this action, within the Court's original jurisdiction, because Cabildo Staffing allegedly caused Plaintiff to suffer emotional distress by disclosing to Associated Terminals, Plaintiff's alleged disability. Accordingly, the state law emotional distress claim forms part of the same case or controversy as the ADA claim under Article III of the United States Constitution.

10.

Accordingly, this action is removable to the United States District Court, pursuant to 28 U.S.C. §1441, *et seq.*

11.

Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Civil District Court of Orleans Parish, State of Louisiana, Division "C", and written notice of the filing of this Notice of Removal is being delivered to the Plaintiff through his counsel of record. A copy of the notice is attached hereto as Exhibit "B."

12.

Defendant reserves the right to amend or supplement this Notice of Removal.

13.

Defendant reserves all rights, defenses, and objections, including, without limitation, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction,

improper venue, lack of procedural capacity, improper cumulation, no right of action, lack of standing, prescription, preemption, and no cause of action.

**WHEREFORE,** Defendants, Louisiana prays that the above action, now pending in the Civil District Court of Orleans Parish, State of Louisiana, Division "C", bearing Civil Action 12-6287, be removed to the United States District Court for the Eastern District of Louisiana and that this Court recognize and exercise its jurisdiction over this action as regards any further proceedings.

Respectfully submitted,

**ADAMS AND REESE LLP**

Leslie A. Lanusse (#14115)
4500 One Shell Square
New Orleans, LA70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Leslie.Lanusse@arlaw.com
*Counsel for Associated Terminals, L.L.C.*

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that, on this 22nd day of February 2013, a copy of the above and foregoing was provided to all counsel of record via, hand delivery, electronic mail and/or U.S. mail, postage prepaid and properly addressed as follows:

Keith A. Conley, Esq.
3203 Grandlake Boulevard
Kenner, Louisiana 70065

Leslie A. Lanusse