CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 12-6287     DIVISION" **C**

ANTHONY SMITH

**FILED**
JUN 25 2012
DEPUTY CLERK

VERSUS

CABILDO STAFFING, L.L.C. and ASSOCIATED TERMINALS, L.L.C.

DATE FILED:

Check #2478 Amt. $509.00

### PETITION FOR DAMAGES

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE, ROOM 402
NEW ORLEANS, LA 70112
504-592-9100

NOW INTO COURT, in proper person, comes Anthony Smith, a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana, who respectfully represents the following to wit:

1.

Made defendants herein are:

DATE: 7/2/2012 at 10:47
CASE# 2012-06287
RECEIPT#: 339287

A. Cabildo Staffing, L.L.C., a domestic corporation formed and operating in the State of Louisiana and domiciled in Orleans Parish within the State of Louisiana;

B. Associated Terminals, Inc., a domestic corporation formed and operating in the State of Louisiana and domiciled in St. John Parish within the State of Louisiana.

PETITION FOR DAMAGES   $ 444.50   $ 444.50   $ 0.00
FAX FEES   $ 7.50   $ 7.50   $ 0.00

2.

Anthony Smith was contacted in the month of June 2011 by Mr. Cy Hill, an agent for the defendant Associated Terminals Inc. and offered a position with the company. Anthony Smith accepted and was directed to go through a program at the defendant Cabildo Staffing L.L.C. in order to start work.

JPC   $ 22.00   $ 22.00   $ 0.00
INDIGENT LEGAL FEE   $ 10.00   $ 10.00   $ 0.00
BUILDING FUND FEE   $ 25.00   $ 25.00   $ 0.00

3.

On June 24, 2011 Mr. Smith arrived at the office of Cabildo Staffing L.L.C. located at 1515 Poydras Avenue Suite 2210 in New Orleans La, for the purpose of completing a program required by his employer.

TOTAL PAID CASE # 2012062872: $509.00
RECEIPT TOTAL $509.00
AMOUNT RECEIVED $509.00
CHANGE DUE $.00

4.

Mr. Smith watched a video at this location and was asked to supply a urine specimen. Mr. Smith complied. Mr. Smith informed the collector, a person Mr. Smith believes to be Monica

**VERIFIED**
Myrtle Jefferson
Deputy Clerk 7-5-12

*please hold service # 7-5-12

**EXHIBIT A**

Morales, that he was under long term treatment for substance abuse, was under a physicians care and was being prescribed Methadone for treatment. Mr. Smith presented the collector with a medical note explaining the prescription and use of Methadone for rehabilitation purposes. Mr. Smith observed the collector to note this on the custody form.

5.

Upon Mr. Smith questioning why Ms. Morales put this information on the custody form she advised the plaintiff that she had to advise his employer he was on this medication.

6.

Soon after Mr. Smith was contacted by Mr. Cy Hill again who advised him that he cannot have the job he was promised because Associated Terminals Inc. does not hire anyone on Methadone. Mr. Smith learned that he had passed the drug screen, and that the test results showed no traces of any illegal substance tested for. A lab notation on the face of the custody form reads "has doctors note (passed)".

7.

Upon information and belief, Cabildo Staffing, L.L.C. violated Mr. Smith's privacy rights when they released information provided to them by Mr. Smith regarding his medical treatment for his disability, a disability which is recognized by the Federal Americans with Disabilities Act. Cabildo Staffing, L.L.C. released Mr. Smith's medical laboratory results absent any medical release form signed by Mr. Smith giving consent for this information to be released. Even if Mr. Smith had consented to the release of information, Cabildo Staffing L.L.C. would be prohibited from releasing the ongoing treatment of a recognized disability.

8.

Upon information and belief, Associated Terminals Inc. discriminated against Mr. Smith by refusing him employment due to his disability. Associated Terminals Inc. had information that showed Mr. Smith was currently under long term care for substance abuse and was prescribed Methadone as a course of treatment. The agent for Associated Terminals Inc. made a broad statement when he informed Mr. Smith that they do not hire anyone on Methadone. Such a practice is discriminatory on its face and a violation of Mr. Smith's rights as well as the rights of any other similarly situated persons. Mr. Smith had detrimentally relied on Mr. Hill's promise of employment.

9.

Mr. Smith asserts that Cabildo Staffing L.L.C. was negligent when it released medical information regarding the treatment of an ADA recognized disability to his employer Associated Terminals Inc. without any authorization. Cabildo Staffing L.L.C.'s actions have caused Mr. Smith emotional distress and mental anguish, humiliation and embarrassment; past, present, and future lost wages; and past present and future financial burden due to the inability to gain employment.

10.

Mr. Smith asserts that Associated Terminals Inc. was negligent when it refused to keep its promise of employment to Mr. Smith based on the fact that he was under active treatment for a federally recognized disability. Mr. Smith had relied to his detriment on his employment with Associated Terminals Inc. and suffers emotional distress and mental anguish as well as past, present and future lost wages; and past present and future financial burden due to his inability to keep the job he was promised by Cy Hill.

11.

The conduct of the defendants is contrary to federal law and public policy as such conduct actually penalizes a person for seeking rehabilitation and deters an individual from seeking help.

WHEREFORE, Petitioner, Anthony Smith, prays that after due proceedings be had that there be judgment in his favor and against Cabildo Staffing L.L.C. and Associated Terminals L.L.C. in solido for all available damages proven at trial, and for any and all relief available in law and equity.

IN PROPER PERSON

*Anthony Smith*
ANTHONY SMITH
1313 Moisant Street
Kenner La. 70062
(504) 201 2831

PLEASE HOLD SERVICE

TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

# FedEx Packing Slip

**Package # :** 5704663353
**Created By :** Chasity Caillouet
**Created On :** 01/24/2013 05:11 PM
**FedEx Tracking # :** 794597886772
**Recipient :**

**Ann Thibodeaux**
Title : Controller
Customer : Associated Holdings, LLC
Address : 1342 River Road, Hwy 44
Email : ann@associatedterminals.com
Phone : 985-536.4520    Fax : 985-536.4521

**FedEx Account :** 347685534
**Shipment Type :** FedEx 2Day
**Package Type :** Envelope
**Items shipped :** 1

| Log # | Case # | Entity Name | Assigned To |
|---|---|---|---|
| 522003979 | 201206287 | Associated Terminals, Limited Liability Company | Chasity Caillouet |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 12-6287                                                      DIVISION" 

ANTHONY SMITH

**FILED**
JUN 25 2012

VERSUS

DEPUTY CLERK

CABILDO STAFFING, L.L.C. and ASSOCIATED TERMINALS, L.L.C.

DATE FILED: _____

DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, in proper person, comes Anthony Smith, a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana, who respectfully represents the following to wit:

1.

Made defendants herein are:

A.  Cabildo Staffing, L.L.C., a domestic corporation formed and operating in the State of Louisiana and domiciled in Orleans Parish within the State of Louisiana;

B.  Associated Terminals, Inc., a domestic corporation formed and operating in the State of Louisiana and domiciled in St. John Parish within the State of Louisiana.

2.

Anthony Smith was contacted in the month of June 2011 by Mr. Cy Hill, an agent for the defendant Associated Terminals Inc. and offered a position with the company. Anthony Smith accepted and was directed to go through a program at the defendant Cabildo Staffing L.L.C. in order to start work.

3.

On June 24, 2011 Mr. Smith arrived at the office of Cabildo Staffing L.L.C. located at 1515 Poydras Avenue Suite 2210 in New Orleans La, for the purpose of completing a program required by his employer.

4.

Mr. Smith watched a video at this location and was asked to supply a urine specimen. Mr. Smith complied. Mr. Smith informed the collector, a person Mr. Smith believes to be Monica

EXHIBIT B

VERIFIED

Morales, that he was under long term treatment for substance abuse, was under a physicians care and was being prescribed Methadone for treatment. Mr. Smith presented the collector with a medical note explaining the prescription and use of Methadone for rehabilitation purposes. Mr. Smith observed the collector to note this on the custody form.

5.

Upon Mr. Smith questioning why Ms. Morales put this information on the custody form she advised the plaintiff that she had to advise his employer he was on this medication.

6.

Soon after Mr. Smith was contacted by Mr. Cy Hill again who advised him that he cannot have the job he was promised because Associated Terminals Inc. does not hire anyone on Methadone. Mr. Smith learned that he had passed the drug screen, and that the test results showed no traces of any illegal substance tested for. A lab notation on the face of the custody form reads "has doctors note (passed)".

7.

Upon information and belief, Cabildo Staffing, L.L.C. violated Mr. Smith's privacy rights when they released information provided to them by Mr. Smith regarding his medical treatment for his disability, a disability which is recognized by the Federal Americans with Disabilities Act. Cabildo Staffing, L.L.C. released Mr. Smith's medical laboratory results absent any medical release form signed by Mr. Smith giving consent for this information to be released. Even if Mr. Smith had consented to the release of information, Cabildo Staffing L.L.C. would be prohibited from releasing the ongoing treatment of a recognized disability.

8.

Upon information and belief, Associated Terminals Inc. discriminated against Mr. Smith by refusing him employment due to his disability. Associated Terminals Inc. had information that showed Mr. Smith was currently under long term care for substance abuse and was prescribed Methadone as a course of treatment. The agent for Associated Terminals Inc. made a broad statement when he informed Mr. Smith that they do not hire anyone on Methadone. Such a practice is discriminatory on its face and a violation of Mr. Smith's rights as well as the rights of any other similarly situated persons. Mr. Smith had detrimentally relied on Mr. Hill's promise of employment.

9.

Mr. Smith asserts that Cabildo Staffing L.L.C. was negligent when it released medical information regarding the treatment of an ADA recognized disability to his employer Associated Terminals Inc. without any authorization. Cabildo Staffing L.L.C.'s actions have caused Mr. Smith emotional distress and mental anguish, humiliation and embarrassment; past, present, and future lost wages; and past present and future financial burden due to the inability to gain employment.

10.

Mr. Smith asserts that Associated Terminals Inc. was negligent when it refused to keep its promise of employment to Mr. Smith based on the fact that he was under active treatment for a federally recognized disability. Mr. Smith had relied to his detriment on his employment with Associated Terminals Inc. and suffers emotional distress and mental anguish as well as past, present and future lost wages; and past present and future financial burden due to his inability to keep the job he was promised by Cy Hill.

11.

The conduct of the defendants is contrary to federal law and public policy as such conduct actually penalizes a person for seeking rehabilitation and deters an individual from seeking help.

WHEREFORE, Petitioner, Anthony Smith, prays that after due proceedings be had that there be judgment in his favor and against Cabildo Staffing L.L.C. and Associated Terminals L.L.C. in solido for all available damages proven at trial, and for any and all relief available in law and equity.

IN PROPER PERSON

*Anthony Smith*
ANTHONY SMITH
1313 Moisant Street
Kenner La. 70062
(504) 201 2831

PLEASE HOLD SERVICE

A TRUE COPY
DEPUTY CLERK DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 12-6287　　　　　　　　　　　　　　　　　DIVISION" C-10

ANTHONY SMITH

**VERSUS**

CABILDO STAFFING, L.L.C. and ASSOCIATED TERMINALS, L.L.C.

DATE FILED: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### MOTION AND ORDER TO ENROLL AS COUNSEL OF RECORD AND REQUEST FOR NOTICE

On Motion of Keith A. Conley Attorney at Law, and on suggesting to the court that he has been retained as counsel by Anthony Smith, Plaintiff in the above captioned matter, and that he desires to have his name placed of record in this case, and notified of any pending hearing and or filings in this matter as required by the Louisiana Code of Civil procedure.

**IT IS ORDERED** by the court that the name of Keith A. Conley be entered on the record of the court as attorney for Anthony Smith in the above entitled and numbered cause and notified of any pending hearing and or filings in this matter as required by the Louisiana Code of Civil procedure.

New Orleans, Louisiana, this _____ day of _____, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

Respectfully submitted,

_/s/ Keith Conley_
**KEITH A. CONLEY, Bar No. 28328**
**CHRIS WEDDLE, Bar No. 29475**
3203 Grandlake Blvd.
Kenner Louisiana, 70065
(504) 461-5675
kconleyatty@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, postage pre-paid and properly addressed on this 28 day of June, 2012.

　　　　　　　　　　　　　　　　　　_/s/ Keith Conley_
　　　　　　　　　　　　　　　　　　　　Keith A. Conley

# KEITH A. CONLEY
## ATTORNEY @ LAW LLC.

3203 Grandlake Boulevard
Kenner Louisiana 70065

Phone: (504) 468-4087
kconleyatty@yahoo.com

2012 SEP 13  P 12: 34

CIVIL
DISTRICT COURT

Clerk of Court
Civil District Court For the Parish of Orleans
VIA FAX (504) 592 9128

Ref:   Smith v. Cabildo Staffing L.L.C. and Associated Terminals L.L.C.
       CDC 12-6287 "C-10"

Dear Clerk,

Please issue service of the citation and petition filed in the above captioned case which was filed on June 25 2012. Service is requested on the following defendants:

> ASSOCIATED TERMINALS LLC
> Through their Registered Agent
> Frederick Kessenich
> 1515 Poydras Street Suite 1950
> New Orleans La. 70112

> AND

> CABILDO STAFFING L.L.C.
> Through their Registered Agent
> George Hutchinson
> 1515 Poydras Street Suite 2210
> New Orleans La. 70112

Thank you for your assistance, if you have any questions or concerns please don't hesitate to call.


KEITH A. CONLEY

**CLERK OF CIVIL DISTRICT COURT**
421 Loyola Avenue, Rm. 402
New Orleans, LA 70112



Telephone: (504) 592-9100
Fax: (504) 592-9128
Email: cdcclerk@orleanscdc.com

*Dale N. Atkins*
**CLERK OF COURT**

September 17, 2012

Keith A. Conley
Attorney at Law
3203 Grandlake Blvd.
Kenner, LA 70065

    *RE:*    *Smith v. Cabildo Staffing, LLC, et al*
           CDC No. 2012-6287 Division "C-10"
           **Correspondence to Re-issue Service/Fax Fee Due**

Dear Mr. Conley:

    This office is in receipt of the Correspondence referenced in the above-captioned matter filed September 7, 2012. There is a fax fee due in the amount of **$5.00**.

    Please remit the above amount made payable to the Clerk of Court. If you have any questions contact Nyrie Jefferson, Section Head for Division "C" at (504) 592-9123.

    Your prompt attention to this matter is appreciated.

                                         Sincerely,

                                         Belinda T. Lassalle
                                         Executive Assistant

BTL/mgb

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
# STATE OF LOUISIANA

No.: 2012-6287                                          Division: "C"

ANTHONY SMITH

versus

CABILDO STAFFING, LLC AND ASSOCIATED TERMINALS, LLC

| | |
|---|---|
| PARTY TO BE SERVED: | ASSOCIATED TERMINALS, LLC |
| THROUGH: | their agent of record, CT Corporation System |
| ADDRESS: | 5615 Corporate Blvd. |
| SUITE/ROOM: | Suite 4008 |
| CITY: | Baton Rouge, LA 70808 |
| SPECIAL SERVICE INSTRUCTIONS: | |
| DOCUMENT TYPE: | Petition for Damages |
| FILED BY ATTORNEY: | KEITH A. CONLEY              BAR NO. 28328 |
| DATE OF FILING: | Petition filed June 25, 2012 |
| ATTACHMENTS/EXHIBITS: | |

### RETURN FOR PERSONAL SERVICE

On the _____ day of _____ 20 ____ served a copy of the within _____ On _____ in person _____

Return same day

_____
Deputy Sheriff of Orleans Parish

_____ ENTERED _____
PAPER                        RETURN

____/____/____
SERIAL NO.   DEPUTY   PARISH

Form 95

### DOMICILIARY SERVICE

On this _____ day of _____ 20 ___ served a copy of the within _____ on _____ by leaving same at _____ domicile or usual place of abode _____ in the hand of _____ a person of suitable age and discretion, residing therein as a member of _____ domiciliary establishment, whose name and other facts connected with this service I learned by interrogating the said _____ the said _____ being absent from _____ domicile at time of said service.

Returned same day

_____
Deputy Sheriff of Orleans Parish

A TRUE COPY

SHERIFF'S RETURN

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

12-6287

**ATTORNEY'S NAME:** Conley, Keith  28328
**AND ADDRESS:** 3203 Grandlake Blvd,
Kenner  LA 70065-3200

JAN 23 2013

I made service on the named party through the
CT Corporation
copy of this document to
☐ CHASITY CAILLOUET  ☐ ANTOINE PIERCE
☐ TREVOR CAROUTTE
☑ SECTION TO [illegible]
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

NO:  2012 – 06287    2    DIVISION: C

SMITH, ANTHONY versus CABILDO STAFFING, L.L.C.  ETAL

**CITATION**

**TO:** ASSOCIATED TERMINALS LLC
**THROUGH:** THEIR REGISTERED AGENT FREDERICK KESSENICH
~~1515 POYDRAS STREET~~ C T Corp
~~SUITE 1950~~ 5615 Corporation System Bd.
~~NEW ORLEANS~~  LA ~~70112~~   Ste. 4008
Baton Rouge     70808

SEP 14 P 2:19

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
**FOR DAMAGES**

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**\*\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA  September 14, 2012  .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On ASSOCIATED TERMINALS LLC | On ASSOCIATED TERMINALS LLC |
| THROUGH: THEIR REGISTERED AGENT FREDERICK KESSENICH | THROUGH: THEIR REGISTERED AGENT FREDERICK KESSENICH by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ ASSOCIATED TERMINALS LLC |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER 9709 RETURN 00 SERIAL NO.   DEPUTY   PARISH | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

VERIFIED COPY

CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

No. 12-6287                                                    DIVISION C

ANTHONY SMITH

Versus

CABILDO STAFFING, L.L.C. and ASSOCIATED TERMINALS, L.L.C.

FILED_____       _____
                                                                              DEPUTY CLERK

**MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADINGS**

      **NOW INTO COURT**, through undersigned counsel, comes Defendant, Associated Terminals, L.L.C., who suggests to this Court that it is in need of an additional thirty (30) days, up to and including March 9, 2013, to file responsive pleadings to Plaintiffs' Petition for Damages, with a full reservation of rights, including the right to assert affirmative defenses and, specifically, failure to effect service of process within 90 days of filing suit, and any applicable exceptions. This is Defendants' first request for an extension of time to file responsive pleadings, and a previous application for this Order has not been made to another Judge.

                                                         Respectfully submitted,

                                                        _____
                                                        Leslie A. Lanusse, TA (LSBA 14115
                                                        Lauren A. Tafaro (LSBA 29320)
                                                        **ADAMS AND REESE, LLP**
                                                        701 Poydras Street, 4500 One Shell Square
                                                        New Orleans, Louisiana 70139
                                                        Telephone:   504-581-3234
                                                         Facsimile:    504-566-0210

                                                       **COUNSEL FOR DEFENDANT,**
                                                       **ASSOCIATED TERMINALS, L.L.C.**

### Certificate of Service

I certify by my signature below that on the 6th day of February 2013, a copy of the foregoing Motion for Extension of Time and Proposed Order were served upon all counsel of record, via the U.S. mail as follows:

>Keith A. Conley, Esq.
>3203 Grandlake Boulevard
>Kenner, LA 70062-3200

_____

CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

No. 12-6287                                           DIVISION-e

ANTHONY SMITH

Versus

CABILDO STAFFING, L.L.C. and ASSOCIATED TERMINALS, L.L.C.

### ORDER

ONSIDERING the foregoing Motion for Extension of Time to File Responsive Pleadings;

IT IS ORDERED that the Motion is granted and Defendant, Associated Terminals, L.L.C. shall file its responsive pleadings on or before March 9, 2013.

New Orleans, Louisiana, this 6th day of February, 2013.

_____
Judge