UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY SMITH | * | CIVIL ACTION: 13-cv-00335 |
| | * | |
| vs. | * | SECTION "N" (4) |
| | * | |
| CABILDO STAFFING, LLC ET AL | * | JUDGE KURT D. ENGLEHARDT |
| | * | |
| | * | MAG. JUDGE KAREN WELLS ROBY |
| | * | |

**************************************

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 25(A)

NOW INTO COURT, through undersigned counsel, comes Defendant Associated Terminals, L.L.C., who, pursuant to Federal Rule of Civil Procedure 25(a), respectfully moves this Honorable Court to dismiss this matter with prejudice for failure to substitute a party within 90 days from the suggestion of Plaintiff's death. The grounds for this motion are set forth in the Memorandum in Support, which is specifically incorporated herein.

**WHEREFORE**, Associated Terminals, L.L.C. prays that this Court grant its request and dismiss this action with prejudice.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/Leslie A. Lanusse*_____
Leslie A. Lanusse (#14115)
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Leslie.Lanusse@arlaw.com
*Counsel for Associated Terminals, L.L.C.*

1

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that, on this 25th day of November 2013, a copy of the above and foregoing Motion to Dismiss Pursuant to Fed. R. Civ. P. 25(a), has been served upon Plaintiff's Counsel of Record by electronic notice through the e-filing system and by placing the same in the United States mail, postage prepaid and properly addressed.

                                            *s/ Leslie A. Lanusse*
                                            Leslie A. Lanusse