UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY SMITH | CIVIL ACTION |
| VERSUS | NO. 13-335 |
| CABILDO STAFFING, LLC, ET AL | SECTION "N" (4) |

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on December 11, 2013, was filed:

> **"Motion to Dismiss Pursuant to Fed. R. Civ. P. 25(a),"** filed by defendant Associated Terminals, L.L.C. (Rec. Doc. 10).

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**, and the plaintiff's claims against Associated Terminals, L.L.C., are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that **Rec. Doc. 12** is hereby **DENIED AS MOOT** as a duplicative filing.

New Orleans, Louisiana, this 5th day of December, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**